

# McDermott
# Will & Emery

Boston Brussels Chicago Dusseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Ann E. Schofield
Attorney at Law
aschofield@mwe.com
212.547.5364

November 17, 2004

**_VIA FACSIMILE AND E-MAIL_**

Brian K. Condon, Esq.
Condon Resnick, LLP
19 Squadron Boulevard
New City, New York 10956

    Re:    <u>Cummings et. al. v. NIKE USA, Inc., Case No. 04 Civ. 5099 (CLB) (MDF)</u>

Dear Mr. Condon:

    This is to inform you that Judge Brieant has scheduled a discovery conference in this matter for this Friday, December 3, 2004 at 9 a.m. in chambers.

                                      Very truly yours,

                                      Ann E. Schofield

AES/sem

cc:    Honorable Charles L. Bricant (via facsimile)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

NYK 935628-1.068066.0013

U.S. practice conducted through McDermott Will & Emery LLP
50 Rockefeller Plaza New York, New York 10020-1605 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com