UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
WILLIAM G. CUMMINGS and JAY G. LEVINE,

                  **Plaintiffs,**

-against-                                  04 Civ. 5099 (CLB)
                                                           JUDGMENT

NIKE, INC.,
                  **Defendant.**
------------------------------------------X

      Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on December 3, 2004, in open court having dismissed the case in accordance with agreement of counsel (see transcript), it is,

      **ORDERED, ADJUDGED AND DECREED:** that the case is hereby dismissed in accordance with agreement of counsel (see transcript).

DATED: White Plains, N.Y.
            December 09, 2004

                                                          J. Michael McMahon-Clerk of Court



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

I:\JUDGMENT\CUMMINGS.099.wpd